UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMAL WAKO BORE,<br><br>                              Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden; and THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA<br><br>                              Respondents. | Case No.: 26-cv-2286-JES-GC<br><br>**ORDER DISMISSING MOTION DUE TO IMPROPER PRO SE FILING BY REPRESENTED PARTY**<br><br><br>**[ECF No. 14]** |

Before the Court is a Motion to Enforce Order by Petitioner Jamal Wako Bore, filed May 29, 2026. ECF No. 14. According to the Court's records, Petitioner is currently represented by attorneys Kara Lee Hartzler and Zandra Lopez of the Federal Defenders of San Diego, Inc., who represented him in his underlying habeas petition. *See* ECF No. 8 (amended petition filed by attorney Kara Lee Hartzler). However, the present filing appears to have been filed by Petitioner without the assistance of counsel. *See* ECF No. 14.

1

Represented parties may not make *pro se* filings unless their attorney of record has withdrawn. The Court is therefore unable to consider the motion to enforce at this time, and *sua sponte* **DISMISSES** the motion as improperly filed. ECF No. 14. Petitioner may re-file the motion either with the assistance of his counsel of record, or *pro se* if his counsel of record withdraws as counsel.

**IT IS SO ORDERED.**

Dated: June 4, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-2286-JES-GC