UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JEMAL WAKO BORE,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; and JEREMY CASEY, Warden at Imperial Detention Center,

Respondents.

Case No.: 26-cv-2286-JES-GC

**ORDER:**

**(1) SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE JUDGMENT; AND**

**(2) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**

**[ECF No. 27]**

Before the Court is Petitioner Jemal Wako Bore's motion to enforce judgment. ECF No. 27. The Court **ORDERS** Respondents to file a response to this motion by no later than **October 9, 2026**. Petitioner shall file a reply by no later than **October 16, 2026**. The Court further **ORDERS** the parties to provide a transcript or recording of the bond hearing for the Court's review, or other filing explaining the absence of transcript or recording, no later than **October 16, 2026**.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court").

**IT IS SO ORDERED.**

Dated: October 2, 2026

Honorable James E. Simmons Jr.
United States District Judge